378

**No. 43100.**—Protests 362327–G, etc., of Azoon & Bonamy (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43101.**—Protests 134323–G, etc., of Salem Shawiry et al. (New York).

Opinion by TILSON, J. Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 221, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

BEFORE THE FIRST DIVISION, JANUARY 25, 1940

**No. 43102.**—Protest 975673–G of Mutual Supply Co. (Los Angeles).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 39806 the merchandise in question was held dutiable as unsalted dried fish at 1¼ cents per pound under paragraph 717 (c) as claimed.

**No. 43103.**—Protest 993218–G of Nippon Co. (San Francisco).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 39806 the merchandise in question was held dutiable as unsalted dried fish at 1¼ cents per pound under paragraph 717 (c) as claimed.

**No. 43104.**—Protest 965642–G of Wm. Fleissner & Co. (San Francisco).

Opinion by BROWN, J. It was stipulated that the vegetable juices in question are the same as those the subject of *Fleissner* v. *United States* (2 Cust. Ct. 100, C. D. 96). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43105.**—Protests 931681–G, etc., of W. T. Grant Co., Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of clothes brushes similar to those the subject of *United States* v. *Heinrich, Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.